# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL M. CROOK, | Case No. 5:23-cv-01990-JVS-SP |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| CITY OF HESPERIA, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendants' Motions to Dismiss (docket nos. 39, 42) are granted, and Judgment will be entered dismissing the First Amended Complaint and this action with prejudice and without leave to amend.

Dated: November 19, 2025

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE