# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RACHEL M. CROOK, | ) | Case No. 5:23-cv-01990-JVS-SP |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CITY OF HESPERIA, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed with prejudice.

Dated: November 19, 2025

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE